05-14-00214-CR

Dear Lisa,

How are you? Fine, I hope. I'm writing to find out the status of my appeal. Could you please give me an update? Is it true that the appeals court has up to two years to decide what to do with my case? If so, when would be the court's deadline? Thank you for keeping me updated. I truly appreciate you. I'll continue to keep you and your family in my prayers.

Sincerely

Anthony S.

RECEIVED
Court of Appeals

MAY 01 2015

Lisa Matz
Clerk, 5th District

1886092 - 05-14-00214-CR

Anthony Smith
998 County Rd A.A.
Plainview, TX 79072

AMARILLO TX 790
23 APR 2015 PM 2 L

Legal Mail

Court of Appeals
600 Commerce Street Suite 200
Dallas, TX 75202
ATTN: Lisa Matz

752028465